

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00053-CV

_____

IN RE DARYL GREG SMITH, Relator

Original Proceeding
Trial Court No. 325-584465-15

Before Sudderth, C.J.; Gabriel and Womack, JJ.
Per Curiam Memorandum Opinion

## SUPPLEMENTAL MEMORANDUM OPINION

The court has considered the motion for emergency relief and petition for writ of mandamus of Darren Keith Reed, who entered this original proceeding by joinder, and is of the opinion that relief should be denied. Accordingly, Darren Keith Reed's motion for emergency relief and petition for writ of mandamus by joinder are denied.

Per Curiam

Delivered: April 9, 2020